UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

LUKE R CASH, *et al*,                          §
                                               §
          Plaintiffs,                          §
VS.                                            §     CIVIL ACTION NO. 3:13-CV-374
                                               §
CARNIVAL CORPORATION; dba                      §
CARNIVAL CRUISE LINES, INC.,                   §
                                               §
          Defendant.                           §

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

It is so **Ordered**.

SIGNED this 24th day of January, 2014.

_____
Gregg Costa
United States District Judge